## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven Begg,

                Plaintiff,                Civil 04-4489 (PAM/RLE)

v.

                                      **ORDER OF DISMISSAL**

Hercules, Inc.,
*a Delaware corp.*

                Defendants.

___

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April   14 , 2006

                                                    <u>s/Paul A. Magnuson</u>
                                                    Paul A. Magnuson
                                                    United States District Court Judge