# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Begg, | Civ. No. 04-4489 (PAM/RLE) |
| Plaintiff, | |
| v. | |
| Hercules, Inc., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| a Delaware corporation, | |
| Defendant. | |

Based upon the foregoing Stipulation of Dismissal entered into by the parties, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: __May 16__, 2006

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Senior Judge, U.S. District Court